**United States District Court**

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV   1 2006

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:05CR95 |
| | § | |
| STEVEN ALLEN BEACH | § | (Judge Brown) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration.  Having received the report of the United States Magistrate Judge pursuant to its order, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.  It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court.  It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**.  It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of fifteen (15) months, to be served concurrently with the revocation sentence in cause number 1:02CR6 but consecutively to any other sentence, with no supervised release to follow.

**SIGNED** this _1st_ day of _November_ , 2006.

Paul Brown

PAUL BROWN
UNITED STATES DISTRICT JUDGE